IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEWAYNE BROWN,

    Plaintiff,

v.                                      No. CV 20-489 KWR/CG

SUPERIOR ENERGY SERVICES, INC., et al.,

    Defendants.

### ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled telephonic status conference set for **Thursday, December 3, 2020, at 2:30 p.m.**, is **RESET** for **Tuesday, December 1, 2020, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE