IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEWAYNE BROWN,

    Plaintiff,

v.                                                No. CV 20-489 KWR/CG

SUPERIOR ENERGY SERVICES, INC., et al.,

    Defendants.

## ORDER STAYING DISCOVERY ON SUGGESTION OF BANKRUPTCY AND VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Suggestion of Bankruptcy and Notice of Automatic Stay* (the "Notice"), (Doc. 33), filed December 7, 2020. In the Notice, Defendants explain they have filed for Chapter 11 bankruptcy. (Doc. 33 at 1). Defendants further state, as a result, this action is automatically stayed pending resolution of the bankruptcy proceeding, pursuant to Section 362 of the Bankruptcy Code. *Id.*

**IT IS THEREFORE ORDERED** that Defendants shall file a Status Report by **April 8, 2021**, advising the Court of the status of the bankruptcy proceeding. In all other respects, discovery is hereby **STAYED**.

**IT IS FURTHER ORDERED** that the telephonic status conference set for January 26, 2021, (Doc. 32), is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE