UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DEWAYNE BROWN, | § | |
| Individually and on | § | |
| Behalf of All Those Similarly Situated, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:20-cv-489 |
| | § | |
| V. | § | COLLECTIVE ACTION FILED UNDER |
| | § | 29 U.S.C. 216(b) |
| | § | |
| | § | |
| SUPERIOR ENERGY SERVICES, | § | |
| INC., and | § | |
| CSI TECHNOLOGIES, LLC | § | JURY DEMANDED |
| Defendants. | § | |

## STIPULATION OF THE PARTIES

### THE PARTIES

1. Dewayne Brown ("Brown" or "Plaintiff") filed this collective action lawsuit against Defendants Superior Energy Services, Inc. ("Superior") and CSI Technologies, LLC ("CSI") (collectively "Defendants") to recover unpaid overtime wages and other damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New Mexico Minimum Wage Act, NMSA § 50-4-19 *et seq.,* ("NMMWA"). One additional person has filed a consent to join the case.

2. CSI is an oilfield services company that did business in various states of the United States, including in New Mexico and Texas. Defendant Superior Energy Services, Inc. is the ultimate parent company of CSI.

### PROCEDURAL HISTORY

3. Brown filed the initial complaint in this case on May 21, 2020. Defendants answered Brown's First Amended Complaint on July 24, 2020. The Court entered an initial scheduling order on September 2, 2020. On November 12, 2020, the parties filed a joint stipulation with the Court

related to certain discovery matters to enable the parties time to explore settlement negotiations. On December 7, 2020, Defendants filed a Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Southern District of Texas, Houston Division, including, pertinent to this action, Case Nos. 20-35812 and 20-35811. On that same day, Defendants filed a Suggestion of Bankruptcy and Notice of Automatic Stay in this Court.

## STIPULATIONS OF THE PARTIES

4. CSI and Superior agree that all of the claims asserted in this case are properly asserted against CSI and that neither Defendant will seek to establish that the claims in this case properly lie against Superior.

5. Plaintiffs agree to dismiss Superior from this lawsuit, with prejudice, once the bankruptcy stay is lifted.

/s/ *William S. Hommel, Jr.*
William S. Hommel, Jr.
State Bar No. 09934250
Hommel Law Firm
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100
bhommel@hommelfirm.com

ATTORNEY FOR PLAINTIFFS

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: */s/ Thomas L. Stahl*
     Thomas L. Stahl
     Jeffrey L. Lowry
P.O. Box 1888
Albuquerque, New Mexico 87103-1888
Telephone: (505) 765-5900
tstahl@rodey.com
jlowry@rodey.com

*Attorneys for Defendants*