IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEWAYNE BROWN,

    Plaintiff,

v.        No. CV 20-489 KWR/CG

SUPERIOR ENERGY SERVICES, INC., et al.,

    Defendants.

## ORDER EXTENDING STAY OF DISCOVERY

**THIS MATTER** is before the Court on the parties' Joint Status Report (the "JSR"), (Doc. 38), filed April 8, 2021. In the JSR, the parties explain that the Chapter 11 reorganization plan involving Defendant has been approved by the United States Bankruptcy Court for the Southern District of Texas, Houston Division. *Id.* The parties further explain that they have a mediation scheduled for May 27, 2021, and thus request a further stay of this matter pending their mediation. *Id.*

**IT IS THEREFORE ORDERED** that this matter is further stayed pending the parties' private mediation. **IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report by **June 7, 2021**, either informing the Court that the matter has settled or providing a provisional discovery plan.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE