# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DEWAYNE BROWN,

    Plaintiff,

v.                                                                         No. CV 20-489 KWR/CG

SUPERIOR ENERGY SERVICES, INC., et al.,

    Defendants.

## ORDER EXTENDING STAY AND FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay All Deadlines and Notice of Settlement* (the "Motion"), (Doc. 40), filed June 7, 2021. In the Motion, the parties state that "[a]ll matters in controversy between the parties have been resolved," and thus "the parties request that the Court stay all further deadlines for a period of thirty (30) days so that appropriate dismissal papers may be submitted." *Id.* at 1. The Court previously stayed discovery in this matter pending the parties' bankruptcy action, (Doc. 34), and then their private mediation, (Doc. 39).

**IT IS THEREFORE ORDERED** that all deadlines in this matter are further stayed pending the parties' filing of closing documents. **IT IS FURTHER ORDERED** that the parties shall submit closing documents by **July 8, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

                                                           THE HONORABLE CARMEN E. GARZA
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE