**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

DEWAYNE BROWN,
Individually and on
Behalf of All Those Similarly Situated,

      Plaintiff,                             Case No. 2:20-cv-00489-KWR-CG

v.

CSI TECHNOLOGIES, LLC,

      Defendant.

**ORDER FINDING FLSA WAIVER IN PRIVATE SETTLEMENT AGREEMENT ENFORCEABLE AND DISMISSING CASE WITH PREJUDICE**

**THIS MATTER** comes before the Court on Plaintiff's and Defendant's Joint Motion to Dismiss Case with Prejudice [Doc. 42]. The Court, having reviewed the Motion, analyzed the relevant case law, being fully advised as to the premises, and noting that the Motion was jointly made, finds, consistent with the reasoning set forth in *Martin v. Springbreak '83 Productions, LLC*, 688 F.3d 247, 255 (5th Cir. 2012), *Martinez v. Bohls Equipment Company*, 361 F. Supp. 2d 608 (W.D. Tex. 2005), *Hawthorn v. Fiesta Flooring, LLC*, No. 1:19-cv-00019 WJ/SCY (June 10, 2020) [Doc. No. 35], and *Herzer v. Frontier Drilling, LLC*, No. 1:15-cv-00583 KBM/LF (January 15, 2016) [Doc. No. 30] that the FLSA waiver in the parties' private settlement agreement is enforceable without Court or Department of Labor approval as the claims being waived are part of a settlement of a bona fide dispute as to hours worked and compensation owed. The Court hereby **GRANTS** the Motion and **ORDERS** that Plaintiffs' complaint shall be and hereby is **DISMISSED WITH PREJUDICE.**

      **IT IS SO ORDERED.**


KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**SUBMITTED:**

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:    /s/*Thomas L. Stahl*
      Thomas L. Stahl
P.O. Box 1888
210 Third St. NW, Suite 2200
Albuquerque, NM  87103-1888
Telephone:   (505) 765-5900
TStahl@rodey.com
*Attorneys for Defendant*


**APPROVED:**

HOMMEL LAW FIRM

By:   *Approved Via E-mail 06.18.2021*
      William Hommel
5620 Old Bullard Rd.
Suite 115
Tyler, TX 75703
Telephone:  (903) 412-3788
bhommel@hommelfirm.com
*Attorney for Plaintiffs*